KILPATRICK TOWNSEND & STOCKTON LLP
GREGORY S. GILCHRIST (State Bar No. 111536)
GREGORY P. FARNHAM (State Bar No. 118184)
RYAN BRICKER (State Bar No. 269100)
Two Embarcadero Center, Suite 1900
San Francisco, California 94111
Telephone: (415) 576-0200
Facsimile: (415) 576-0300
E-Mail: ggilchrist@kilpatricktownsend.com
gfarnham@kilpatricktownsend.com
rbricker@kilpatricktownsend.com

Attorneys for Plaintiff
WILLIAMS-SONOMA, INC.

HANSEN LAW FIRM
CRAIG HANSEN (State Bar No. 209622)
152 North Third Street, Suite 530
San Jose, California 95112
Telephone: (408) 715-7980
Facsimile: (408) 715-7001
E-Mail: craig@hansenlawfirm.net

Attorneys for Defendants
HOMEGOODS, INC., MARSHALLS OF MA, INC.,
and VALUE SOURCE INC. dba COASTLINE IMPORTS

UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| WILLIAMS-SONOMA, INC., a Delaware corporation,<br><br>Plaintiff,<br><br>v.<br><br>HOMEGOODS, INC., a Delaware corporation; MARSHALLS OF MA, INC., a Delaware corporation; and VALUE SOURCE INC. dba COASTLINE IMPORTS, a California corporation,<br><br>Defendants. | Case No. 5:17-cv-01153-NC<br><br>**NOTICE OF SETTLEMENT AND STIPULATION TO DISMISS WITHOUT PREJUDICE PENDING FINAL SETTLEMENT; ORDER** |



NOTICE OF SETTLEMENT AND STIPULATION TO DISMISS;
ORDER – Case No. 5:17-cv-01153-NC

Plaintiff Williams-Sonoma, Inc ("WSI") and Defendants Homegoods, Inc., Marshalls of MA, Inc., and Value Source Inc. dba Coastline Imports ("Defendants") hereby jointly notify the Court that the parties have reached a tentative settlement of all claims in the case. Accordingly, the parties jointly request that the Court dismiss the action without prejudice and provide the parties forty-five (45) days to either report a finalized settlement or reinstate the case.

Dated: December 14, 2017     Respectfully submitted,

KILPATRICK TOWNSEND & STOCKTON LLP

By:    */s/ Gregory S. Gilchrist*
         Gregory S. Gilchrist

Attorneys for Plaintiff
WILLIAMS-SONOMA, INC.

Dated: December 14, 2017     HANSEN LAW FIRM

By:    */s/ Craig Hansen*
         Craig Hansen

Attorneys for Defendants
HOMEGOODS, INC., MARSHALLS OF MA, INC., and VALUE SOURCE INC. dba COASTLINE IMPORTS

**ATTESTATION REGARDING SIGNATURE**

Pursuant to Local Rule 5-1(i)(3) regarding signatures, I attest under penalty of perjury that concurrence in the filing of this document has been obtained from the other signatory.

Dated: December 14, 2017

                                     */s/ Gregory S. Gilchrist*
                                       Gregory S. Gilchrist

/ / /

/ / /



# ORDER

For good cause shown, the case is provisionally dismissed without prejudice. The parties have until January 25, 2018, to finalize the settlement documents and file a Notice of Voluntary Dismissal.

IT IS SO ORDERED.

Dated: December 14, 2017



70395302V.1

